**STATE v. BUCKOM**

[335 N.C. 765 (1994)]

STATE OF NORTH CAROLINA v. GARY DEVON BUCKOM

No. 314A93

(Filed 4 March 1994)

Appeal by the State pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 111 N.C. App. 240, 431 S.E.2d 776 (1993), finding error in the defendant's trial by Jenkins, J., on 24 January 1992 in Superior Court, Wayne County and ordering a new trial. Heard in the Supreme Court 3 February 1994.

*Michael F. Easley, Attorney General, by Karen E. Long, Assistant Attorney General, for the State appellant.*

*Malcolm Ray Hunter, Jr., Appellate Defender, by Benjamin Sendor, Assistant Appellate Defender, for defendant-appellee.*

PER CURIAM.

AFFIRMED.